IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DAVID CARMICHAEL,

                                                                                        ORDER

                    Petitioner,

                                                                         09-cv-388-slc

    v.

WARDEN HOLINKA,

                    Respondent.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order dated July 10, 2009, I stated inadvertently that a copy of the petition will be sent to *the bureau*, the local United States attorney and the United States Attorney General via certified mail.  The order is AMENDED to state that a copy of the petition will be sent to Warden Holinka, the local United States attorney and the United States Attorney General via certified mail in accordance with Fed. R. Civ. P. 4.

      Entered this 13th day of July, 2009.

                                                BY THE COURT:

                                                _____
                                                BARBARA B. CRABB
                                                District Judge

1