IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

DAVID CARMICHAEL,

    Petitioner,

v.

WARDEN HOLINKA,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 09-cv-388-slc

This action came for consideration before the court with DISTRICT JUDGE BARBARA B. CRABB presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that judgment is entered GRANTING petitioner David Carmichael's petition for a writ of habeas corpus under 28 U.S.C. § 2241. Respondent is directed to provide plaintiff with 12 months of time in a halfway house or, no later than August 28, 2009, re-evaluate the decision regarding petitioner's placement in a halfway house, assessing each of the relevant statutory factors under 18 U.S.C. § 3621(b).

Approved as to form this 19th day of August, 2009.

_____
BARBARA B. CRABB
DISTRICT JUDGE

_____    8/24/09
Peter Oppeneer, Clerk of Court    Date